**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| TAMMANTHA P. SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:07CV183-HEH |
| v. | ) |
| | ) |
| JONES PEACE FUNERAL | ) |
| SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER**
**(Dismissing Plaintiff's Complaint)**

This matter is before the Court on Plaintiff Tammantha P. Shaw's Complaint against Defendant Jones Peace Funeral Service, Inc. filed on April 9, 2007. Plaintiff is proceeding *pro se* and *in forma pauperis*.

In her Complaint, Plaintiff alleges that employees of Jones Peace Funeral Service, Inc. picked up her deceased father's body without her permission and without a proper identification. She further contends that there was an underlying conspiracy regarding her father's funeral service and his estate. After a thorough review of the Complaint, the Court finds that Plaintiff has not provided a basis for Article III jurisdiction. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court therefore finds that Plaintiff's Complaint fails to state a claim upon which relief can be granted in this Court. The Court, however, offers no opinion on whether Plaintiff has a valid cause of action under state law. Accordingly, it is ORDERED that this action be DISMISSED with prejudice.

The Clerk is directed to send a copy of this Order to Plaintiff and all counsel of record.

It is SO ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: April 25, 2007
Richmond, VA